Elwyn D. Zimmerman  
Zim Investigations, LLC  
1429 Jefferson Terrace Drive  
Bedford, VA 24523

(434) 473-522  
Zim.investigations@gmail.com  
DCJS ID #99-670018

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8301-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  
Western District of VA

Case No.: 6:23CV00012

Calvin Wesley          v.          The City of Lynchburg, et. al.  
Plaintiff                                  Defendants

Document(s): Summons and Complaint

Name of Entity to Serve: Officer Seth Reed

Address: 3678 Long Island Road, Gladys, VA 24554

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed by me on the __27__ day of __March__, 2023 at __5:00__ a.m./p.m.

**MANNER OF SERVICE**

[ ] Delivering a copy of the summons and of the complaint to the individual personally  
[x] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: Specifically __Carry (wife)__  
[ ] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this __28__ day of __March__, 2023 in Bedford, Virginia.

Signature of Process Server:  
Elwyn D. Zimmerman

STATE OF VIRGINIA,  
CITY / COUNTY of __Bedford__, to wit:

I, the undersigned, a notary public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this __28th__ day of __March__, 2023.

Notary Public  
Notary Registration No.: __334317__  
My Commission Expires: __12/31/2024__