Elwyn D. Zimmerman  (434) 473-522
Zim Investigations, LLC  Zim.investigations@gmail.com
1429 Jefferson Terrace Drive  DCJS ID #99-670018
Bedford, VA 24523

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8301-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  Case No.: 6:23CV00012
Western District of VA

Calvin Wesley      v.      The City of Lynchburg, et. al.
Plaintiff                   Defendants

Document(s): Summons and Complaint

Name of Entity to Serve: Officer Collin Bryant

Address: Lynchburg Police Department, 905 Court St., Lynchburg, VA 24504

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed by me on the __27__ day of __March__, 2023 at __4:00__ a.m./p.m.

## MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally

[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: Specifically
_____

[✓] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process. __Denise Wood__

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this __28__ day of __March__, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY of __Bedford__, to wit:

I, the undersigned, a notary public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this __28th__ day of __March__, 2023.

Notary Public
Notary Registration No.: __334317__
My Commission Expires: __12/31/2024__