Elwyn D. Zimmerman  (434) 473-522
Zim Investigations, LLC  Zim.investigations@gmail.com
1429 Jefferson Terrace Drive  DCJS ID #99-670018
Bedford, VA 24523

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8301-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  Case No.: 6:23CV00012
Western District of VA

Calvin Wesley          v.          The City of Lynchburg, et. al.
Plaintiff                           Defendants

Document(s): Summons and Complaint

Name of Entity to Serve: Officer Austin Rowland

Address: Lynchburg Police Department, 905 Court St., Lynchburg, VA 24504

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed by me on the 27 day of March, 2023 at 4:00 a.m./p.m.

**MANNER OF SERVICE**

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: Specifically

[X] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process. Denise Wood

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this 28 day of March, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY/COUNTY of Bedford, to wit:

I, the undersigned, a notary public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this 28th day of March, 2023.

Notary Public

Notary Registration No.: 334317
My Commission Expires: 12/31/2024