IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action: 6:23cv00012 |
| CITY OF LYNCHBURG, and OFFICER SETH REED, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendant City of Lynchburg, by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint and in support thereof states as follows:

1. The Complaint fails to state a claim upon which relief can be granted as more fully set forth in City of Lynchburg's Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendant respectfully moves the Court to dismiss the Complaint with prejudice.

**CITY OF LYNCHBURG**

By /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Matthew J. Schmitt (VSB# 96513)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:   540-389-2350
Email: jimg@guynnwaddell.com
   *Attorney for City of Lynchburg*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for City of Lynchburg*