CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/18/2023
LAURA A. AUSTIN, CLERK
BY:   s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY *Plaintiff,* v. CITY OF LYNCHBURG, *et al.* *Defendants.* | CASE NO. 6:23-cv-00012 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant City of Lynchburg's motion to dismiss, Dkt. 9. For the reasons provided in an accompanying opinion, the Court **DENIES** the City's motion to dismiss as to Wesley's § 1983 claims for damages. The Court **GRANTS** the motion as to his state tort law claims against the City, and the Court will also **DISMISS** his claim for injunctive relief due to lack of standing.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this _____ 18th _____ day of May, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE