CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/8/2023

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CALVIN WESLEY,

                             *Plaintiff*,

v.

THE CITY OF LYNCHBURG, *et al.*,

                          *Defendants.*

CASE NO. 6:23-cv-00012

ORDER

JUDGE NORMAN K. MOON

    All nondispositive pretrial motions and issues are hereby referred to United States Magistrate Judge C. Kailani Memmer pursuant to 28 U.S.C. § 636(b)(1)(A).

    It is so **ORDERED**.

    The Clerk of Court is directed to send a certified copy of this Order to all parties.

    Entered this   8th   day of November, 2023.

                                                    NORMAN K. MOON
                                                    SENIOR UNITED STATES DISTRICT JUDGE