IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:23cv00012 |
| | ) |
| CITY OF LYNCHBURG, *et al.* | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties in this action, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby agree and stipulate to the Dismissal with Prejudice of this entire action against Defendants LPD Officer Collin Bryant and LPD Officer Austin Rowland, including all claims and counterclaims, stated herein against these two Defendants, LPD Officer Collin Bryant and LPD Officer Austin Rowland, with each party to bear his own attorney's fees and costs.

Respectfully submitted this 14th day of December, 2023.

**CALVIN WESLEY,**
**Plaintiff**

By: /s/ M. Paul Valois
M. Paul Valois, Esq.
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
mvalois@vbclegal.com
*Counsel for Plaintiff*

By: /s/ Steven D. McFadgen, Sr.
Steven D. McFadgen, Sr., Esq.
McFadgen Law, P.C.
3831 Old Forest Road, Suite 6

1

        Lynchburg, VA 24501
        muchmorelaw@gmail.com
        *Counsel for Plaintiff*


**THE CITY OF LYNCHBURG,
LPD OFFICER SETH REED,
LPD OFFICER AUSTIN ROWLAND, and
LPD OFFICER COLLIN BRYANT**


/s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq.
John R. Fitzgerald, Esq.
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
jimg@guynnwaddell.com
johnf@guynnwaddell.com
*Counsel for Defendants*