AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| Calvin Wesley | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23cv00012 |
| The City of Lynchburg, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The City of Lynchburg, LPD Officer Seth Reed, LPD Officer Austin Rowland and LPD Officer Collin Bryant.

Date: 12/18/2023

/s/ John R. Fitzgerald
*Attorney's signature*

John R. Fitzgerald (VSB #98921 )
*Printed name and bar number*

Guynn Waddell, P.C.
415 S College Ave.
Salem, VA 24153
*Address*

JohnF@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*