Exhibit 4

Lieutenant Smith Body Cam for 3-11-2021 to be provided via USPS

{00534289.DOCX }