**CONFIDENTIAL**

2021-003502

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**CASE NO:**

**ACCUSED:** Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address [ ] Same as above

**Hearing Date/Time**

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **03/11/2021** did unlawfully in violation of Section

**18.2-460(E)**, Code of Virginia:
intentionally attempt to prevent a law-enforcement officer from lawfully arresting the accused.

| RACE | SEX | BORN (MO DAY YR) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN:

DL#:    STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Material

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Bryant, C.C.   112   LPD , Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

03/11/2021 02:32 PM
DATE AND TIME ISSUED

Daniel Baker
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21   1639
DATE AND TIME OF SERVICE

J. Person , ARRESTING OFFICER

105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for ............................................................
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ATTEMPT TO FLEE FROM A LAW ENFORCEMENT OFFICER**
Offense Tracking Number:
**680GM2100003366**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
JUS-4831-M1

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

CITY 000538

CONFIDENTIAL

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

☐ General District Court  ☐ Criminal  ☐ Traffic
☒ Juvenile and Domestic Relations District Court

**CASE NO.:** 2021-0003502 (15)

**ACCUSED:** Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address ☐ Same as above

**Hearing Date/Time**

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **02/25/2021** did unlawfully in violation of Section

**18.2-57.2**, Code of Virginia:

assault and batter Shanna Wesley, who is a family or household member [spouse].

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|------|-----|------|-----|------|------|------|
| B | M | [redacted] | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]

DL#: [redacted]  STATE:

☐ Commercial Driver's License

**CLASS 1 MISDEMEANOR**

**Active Military Personnel - Not Military/Not Known**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Foster, J.L. 165 LPD, Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

*(signature)*

**02/25/2021 01:10 PM**
DATE AND TIME ISSUED

☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE
Joel S. Nelson

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21  1639
DATE AND TIME OF SERVICE

J. Pegor, ARRESTING OFFICER
105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

**CCRE/Fingerprinting Required**

Short Offense Description (not a legal definition):
**ASSAULT: ON FAMILY MEMBER**

Offense Tracking Number:
**680JM2100002634**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**ASL-1315-M1**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

CITY 000539

**CONFIDENTIAL**

2021-03502

# WARRANT OF ARREST—MISDEMEANOR (STATE)
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 03/11/2021 did unlawfully in violation of Section
DATE

**18.2-460** , Code of Virginia:
without just cause, knowingly obstruct a law-enforcement officer in the performance of duties as such, or fail or refuse to cease such obstruction without just cause when requested to do so.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C.   170   LPD , Complainant.

Execution by summons [ ] permitted at officer's discretion.   [x] not permitted.

03/11/2021 01:44 PM
DATE AND TIME ISSUED

Daniel Baker
[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

---

CASE NO.:

ACCUSED:
Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION
Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR | FT. | IN. | | | |
| B | M | | | | 5' | 09" | 190 | BRO | BLK |

SSN

DL#                             STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Material

**CLASS   1   MISDEMEANOR**

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21       1639
DATE AND TIME OF SERVICE

J. Person , ARRESTING OFFICER

105 LPD 114
BADGE NO., AGENCY AND JURISDICTION

for ........................................
SHERIFF
Attorney for the Accused:

Short Offense Description (not a legal definition):
**OBSTRUCT JUSTICE: OFFICL VICTIM, NO THRT/FORCE**
Offense Tracking Number:
**680GM2100003361**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4829-M1**

M COPY
STATE

CITY 000540

**CONFIDENTIAL**

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Lynchburg
CITY OR COUNTY

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 03/11/2021 did unlawfully and feloniously in violation of Section 18.2-57, Code of Virginia:

assault and batter Officer S.C. Reed knowing or having reason to know that such person was a law enforcement officer, as defined in subsection F of §18.2-57, engaged in public duties.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C.  170  LPD , Complainant.

**CCRE/Fingerprinting Required**

03/11/2021 01:43 PM
DATE AND TIME ISSUED

[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE
Daniel Baker

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

---

2024-003502

CASE NO.

ACCUSED:
Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN:
D.L.#:   STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

**CLASS  6   FELONY**

[X] EXECUTED by arresting the Accused named above on this day:

3-11-21   1638
DATE AND TIME OF SERVICE

J. Person , Arresting Officer

105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**680GM2100003360**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:  **ASL-1342-F6**

**FELONY**

F (COPY)

Hearing Date/Time

CITY 000541