**CONFIDENTIAL**

# INCIDENT/INVESTIGATION
## INTERNAL COPY

| Agency Name | | Case# | 2021-016418 |
|---|---|---|---|
| Lynchburg Police Department | | Date / Time Reported | 12/21/2021 00:09 Tue |
| ORI | VA1140000 | Last Known Secure | 12/21/2021 00:09 Tue |
| | | At Found | 12/21/2021 00:09 Tue |

**Location of Incident:** 2550 ANTHONY PL Apt. 18, Lynchburg VA 24501
**Premise Type:** Residence/home
**Zone/Tract:** ND, LPD

### INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Viol Court Order  33IA | | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO:**

### VICTIM

**# of Victims:** 2  **Type:** INDIVIDUAL  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | WESLEY, SHANNA DENISE | 1, | | B | F | 1SE | Resident | |

**Home Address:** 2550 ANTHONY PL - 18, Lynchburg, VA 24501-
**Home Phone:** 4
**Employer Name/Address:** (redacted)
**Business Phone:** 
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** LAW ENFORCEMENT OFFICER  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | K9 KNOX, KNOX | 1, | | B | M | | Resident | |

**Home Address:** 905 COURT ST LYNCHBURG, VA 24504
**Home Phone:**
**Employer Name/Address:** Lynchburg Police Dept
**Business Phone:** 434- -
**Mobile Phone:**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

### PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** BRYANT, C. C. (112)
**Invest ID#:** (0)
**Supervisor:** DOWDY, C. A. (030)

| Status | Complainant Signature | Case Status  Cleared By Arrest   12/21/2021 | Case Disposition: | Page 1 |
|---|---|---|---|---|

Printed By: JCR,   Sys#: 458399   06/09/2023 11:35:31

**CONFIDENTIAL**     **INCIDENT/INVESTIGATION REPORT**

*Lynchburg Police Department*     Case # *2021-016418*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:    *None (No bias)*

**INCIDENT/INVESTIGATION REPORT**

Narr. (cont.) OCA: 2021-016418     *Lynchburg Police Department*

N A R R A T I V E

R_CS2IBR     By: JCR, 06/09/2023 11:35     Page 2

CITY 000509

**CONFIDENTIAL**

**REPORTING OFFICER NARRATIVE**

Lynchburg Police Department

OCA: *2021-016418*

Victim: *WESLEY, SHANNA DENISE*

Offense: *VIOL COURT ORDER*

Date / Time Reported: *Tue 12/21/2021 00:09*

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 12/20/21 at approximately 2120hrs, I was dispatched to 2550 Anthony Place, Unit 18 in reference to a domestic.

Lyncom advised that a Calvin Wesley Sr. was on scene. I know through personal experience that Wesley will assault law enforcement and flee. Prior to our arrival Lyncom advised that Wesley had left on foot.

Upon arriving on scene, I spoke with a Shanna Wesley who stated that Wesley had left and that she had put all of his clothing outside. I advised Shanna that if Wesley came back to call the police. Officers looked for Wesley, but couldn`t locate him.

Officer S. Reed and I continued to look for Wesley in the area after clearing the call for service. I ran Wesley and learned that there was a Two- year protective order in place between Wesley and Shanna. The protective order was issued on 03/26/21 and expired on 03/26/23.

At approximately 2156hrs, Officer S. Reed advised me that he spotted Wesley in the apartment complex. (See his supplement) Officer S. Reed and I approached Wesley who was standing outside of unit 26. As we got closer to the apartment, I observed Wesley walk into the apartment and close the door.

Officer S. Reed and I advised the resident that was standing outside that Wesley was wanted and we needed to enter his residence. The resident attempted to open the door, but it was locked. Another subject inside opened the door and let us in.

While Officer S. Reed was speaking with the residence, I could hear branches breaking behind the apartment. I gave arriving officers directions as to where I could hear the branches breaking while Officer S. Reed and K9 Knox proceeded to attempt to apprehend Wesley.

From standing on the front porch of unit 26, I could hear Officer S. Reed say "We have a warrant for your arrest Calvin, if you run the dog will bite you." Upon hearing that I began running to catch up with Officer S. Reed. Upon catching up with Officer S. Reed, Officer Rowland was attempting to place Wesley in handcuffs.

See Officer S. Reed`s supplement for fuller information.

Once the scene was safe, I returned to unit 18 to speak with Shanna about the violation of protective order and to get her statement. While I was on scene the first time, Shanna didn`t mention that there was a protective order in place.

Shanna stated that on Friday, December 17, 2021 she returned home to find Wesley sitting on her porch with his belongings. Shanna said she was a nice person and was going to let Wesley stay while he got a place to live. She said that Wesley had been sleeping on the sofa since Friday. Shanna said that on this day, December 20,21, Wesley became verbally abusive toward her and stated that he would punch her in the face like he did last time. Shanna said she was tired of Wesley`s threats and told him to get out of her house. Shanna said that prior to walking out of the door Wesley confronted her and lounged at her in attempt to scare her. Shanna said that Wesley left the apartment.

Shanna stated that she would come to court and testify against Wesley because she was tired of him bothering her and pulling her down. Shanna said that this was the last straw and assured me she would show up to court and testify.

Shanna and Wesley have been married for eight years and due to being married to him she has lost everything.

I responded to the magistrate`s office, where I sought and obtained a warrant for violation of a court order being the two-year protective order.

Reporting Officer: *BRYANT, C. C.*   Printed By: JCR,   06/09/2023 11:35   Page 3
R_CS3NC   CITY 000510

**CONFIDENTIAL**  **REPORTING OFFICER NARRATIVE**

| Lynchburg Police Department | | OCA *2021-016418* |
|---|---|---|
| Victim *WESLEY, SHANNA DENISE* | Offense *VIOL COURT ORDER* | Date / Time Reported *Tue 12/21/2021 00:09* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

The protective order didn`t expire until 03/26/23 and was a no contact protective order along with a handful of other stipulations.

Officer S. Reed also obtained several warrants on Wesley.

Due to Wesley being taken to the hospital at the time of this report he hadn`t been taken to the BRRJ.

*I also want to note that Wesley had $140 dollars on his person at the time of his arrest and I counted the money on scene with my BWC activated *

**CONFIDENTIAL**

# Incident Report Suspect List

*Lynchburg Police Department*

OCA: 2021-016418

| 1 | Name (Last, First, Middle) WESLEY, CALVIN LEE Sr | Also Known As BIG MAN | Home Address 816 GREENFIELD DR - 54 LYNCHBURG, VA 24501 434-229-4966 |
|---|---|---|---|
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | B | M | N | 509 | 195 | BLK | BRO | | |

Scars, Marks, Tattoos, or other distinguishing features
TAT R  FOREARM / BIGGI;  TAT L  FOREARM / SEXY RED;  TAT L  FOREARM / CROWN/ CROSS;  TAT UL  ARM / RED APE;  TAT UL  ARM / RED DEVIL;  TAT R  SHOULDER / SCORPIAN;  TAT L  ARM / GARGOYLE;  TAT R  ARM /

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel | |
| | | | | | | Mode of Travel | |
| Veh Yr / Make / Model | | Drs | Style | Color | Lic Plate / State | VIN | |

Notes

Physical Char

*Characteristics, Twin*

Lynchburg Police Department                                           OCA: **2021016418**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *Cleared By Arrest*                 Offense: *VIOL COURT ORDER*
Case Mng Status: *NA*                            Occured: *12/21/2021*

Investigator: *REED, S. C. (170)*                Date / Time: *12/21/2021 18:35:02, Tuesday*
Supervisor: *DOWDY, C. A. (030)*                 Supervisor Review Date / Time: *12/29/2021 23:09:21, Wednesday*
Contact:                                         Reference: *Incident Modification*

---

On Tuesday, December 20, 2021 at approximately 2120 hours I was dispatched to a domestic case at 2550 Anthony Place apartment 18. In the case comments it stated that Calvin Wesley Sr. was inside the caller`s (Shana Wesley) residence and was threatening her and threatening to leave drugs in her house. It also stated that he would not leave the residence. It stated that there was not any "physical violence" however he had been threatening her.

Prior to arriving on scene, we were all aware that Calvin Wesley Sr. had a not-permitted warrant for violation of a protective order. Before we arrived on scene, Shana called Lyncom back and advised them that he left on foot. She advised them that he was wearing jeans, a gray pullover with a black sleeveless jacket. Officer Bryant and I made contact with Shana, who advised us that they had a verbal altercation then she stated that Calvin started "Threatening to punch me and choke me. I told him to leave but he said, I`m not fucking leaving. I`m gonna leave drugs in your house so if I go to jail then you go to jail."

Calvin Wesley is an extremely violent offender, based on his history with police, I brought K9 Knox with me for officer safety and protection on scene. In 2017 I had to chase Calvin on foot then physically fight him for multiple minutes before other officer arrived. In 2017 he bit me, attempted to disarm me, and grabbed my genitals multiple times. During that same case, he kicked an officer multiple times and attempted to break their wrist around a concrete pole. In 2018 Calvin fought multiple officers as they attempted to take him into custody, assaulting them. This year, we attempted to serve a warrant on him and once again, Calvin fought us while we were trying to take him into custody.

I asked Shana if Calvin had a vehicle and she stated, "No." I asked her if he knew anyone in the area and she stated, "I don`t know, I work two jobs." Officer Bryant and I canvassed the area for a while however we did not locate him in that neighborhood. I ran him through VCIN/NCIC and observed an active no contact protective order between him and Shana that was valid through 2023. I had just checked Legacy Oakes Circle getting ready to turn back onto Old Forest Rd. when I observed Calvin, wearing the same clothing that Shana had just described to us, walking down Anthony Pl. I observed him walking down from Apartment 18 towards apartment 26. I called it in via radio and told Lyncom to start Officer Bryant and I another unit.

Officer Bryant and I walked to Anthony Place from Old Forest Rd. As we were crossing Anthony Pl, Calvin saw us and immediately stepped into apartment 26. There was an unknown white male still standing outside of apartment 26 when we walked up to it. I asked him who just went inside and he stated, "Huh, I live here." He said, Yea he lives right over here" and pointed towards apartment 18. I advised him that his name was Calvin and that we had a warrant for his arrest. I asked the unknown white male to let us into his apartment and he tried however Calvin locked him out of his own apartment.

I asked the male if he had a back door and he stated, "No." I asked him if he had windows and he

**CONFIDENTIAL**     CASE SUPPLEMENTAL REPORT                           Printed: 06/09/2023  11:35

*Lynchburg Police Department*                                                                    OCA: **2021016418**

| THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY |
|---|

| Case Status: | *Cleared By Arrest* | Offense: | *VIOL COURT ORDER* |
|---|---|---|---|
| Case Mng Status: | *NA* | Occured: | *12/21/2021* |

pointed towards the front and stated, "That`s the only one ground level." I asked him if he had back widows and he stated, "Yea, but they are 15ft down." I advised him that he would jump out of a window. Approximately 30 seconds later, the apartment door was opened by an unknown female, from the inside. I explained to the female that he was wanted and that we had a warrant for his arrest and she pointed towards one of the back windows to the apartment. I asked her if he jumped out the window and she shook her head up and down (yes). I asked her if he made it all the way outside and she shook her head up and down (yes).

I advised Lyncom that the subject had jumped out the back window and to start Officer Bryant and I a couple units code three. Officer Bryant was standing against a chain link fence, on top of a retaining wall when he observed Calvin in the wood, behind the apartment building. I told Officer Bryant to keep eyes on Calvin and I ran around the side of the apartment building.

As I reached the last apartment building, I was met by Officer Rowland. I ran down a steep hill and around a large drainage area at the back of the apartment building. I told Officer Rowland to stay with me as I ran down through the woods towards Calvin`s last known location. I had to make my way through the woods and brush to get back to the area that Officer Bryant last saw Calvin. As I reached the area that he was last seen, I observed Calvin, approximately a hundred yards away from me, running through the woods.

When I observed him, I stated, "Do not run, I have a warrant for your arrest Calvin, if you run the dog will bite you." He started running when I made my first announcement, I stated, "Do not run, I have a warrant for your arrest, you are wanted. The dog will bite you Calvin"(2nd warning). While I was making my announcements, I realized that I was alone. I did not have any other officers with me at this time. I came to a ravine with a stream going through the bottom of it. I was now approximately 50-60 yards from Calvin at this time. I told him a third time, "If you run the dog will bite you." I told him, "Get on the ground or the dog will bite you" (4th warning). I told him again to get on the ground and that he was wanted.

I observed a silver sedan on Westbrook Circle stop near where Calvin was and Calvin attempting to get into the back seat on the passenger`s side of the vehicle. As he was getting ready to get into the vehicle I was still approximately 40+ yards away from him. I cut K9 Knox off leash and gave him the apprehend command. K9 Knox apprehended Calvin in his right forearm. As soon as K9 Knox engaged Calvin, Calvin started hitting K9 Knox in the head with his left hand. Calvin struck Knox in the head at least three different times with his left hand/fist. As Calvin was hitting K9 Knox in the head, I yelled, "Don`t hurt the dog."

I gave Calvin verbal commands to get on the ground however he stood there and did not comply. I repeated my commands to get on the ground however he did not listen. I advised him again that he was wanted. As I was getting ready to tell him to place his hands behind his back, I observed a red light, from Officer Rowland`s taser. Once I realized that I had another officer with me, I move into a position to safely remove K9 Knox. Once Wesley was on the ground, Officer Rowland took control of Calvin`s left arm and I removed K9 Knox from the bite.

Lynchburg Police Department                                    OCA: **2021016418**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| Case Status: | *Cleared By Arrest* | Offense: | *VIOL COURT ORDER* |
| Case Mng Status: | *NA* | Occured: | *12/21/2021* |

I immediately called for medics to respond to our location to examine Calvin`s forearm. The medics also examined Officer Rowland, who sustained injuries in the woods, while chasing Calvin. Calvin was transported to the LGH for treatment. I responded to the magistrate`s office and obtained two warrants, obstruction and felony assault on K9 Knox. Officer Bryant obtained another warrant for violation of a no contact protective order.

Nothing further at this time.

| | | | |
|---|---|---|---|
| Investigator: | *BALL, R. N. (AW1)* | Date / Time: | *12/22/2021 08:42:12, Wednesday* |
| Supervisor: | *BALL, R. N. (AW1)* | Supervisor Review Date / Time: | *12/22/2021 08:47:37, Wednesday* |
| Contact: | | Reference: | *Incident Modification* |

---

*** For State Reporting Purposes Only ***

Calvin Wesley Sr. was bit by K9 Knox during an apprehension on 12/20/21 in Lynchburg. K9 Knox has a current rabies vaccine. Since K9 Knox is a Police K9 he will be in a modified quarantine and constantly monitored.  I will follow up with K9 Knox and his health on 12/31/21.

Calvin Wesley Sr.
B/M DOB: ███████
816 Greenfield Dr Apt 54
Lynchburg, VA 24501
434-229-4966

| | | | |
|---|---|---|---|
| Investigator: | *BALL, R. N. (AW1)* | Date / Time: | *01/05/2022 08:30:55, Wednesday* |
| Supervisor: | *BALL, R. N. (AW1)* | Supervisor Review Date / Time: | *01/06/2022 08:54:27, Thursday* |
| Contact: | | Reference: | *Supplement* |

---

   On 1/4/2022 I called Officer S. Reed to check on his K9 Knox. Reed advised Knox is healthy, acting normally and eating and drinking normally. He was released from modified quarantine. End of report.