Exhibit 9

Officer Reed body cam 2 to be provided via USPS