Exhibit 10

Officer Rowland body cam to be provided via USPS

{00534289.DOCX }