

# EMPLOYEE INJURY/ILLNESS REPORT

## EMPLOYEE INFORMATION

| | | |
|---|---|---|
| Date: 12/20/22 | Date Hired: 06/28/2017 | Sex: male |
| Employee Name: Austin J. Rowland | | SS#: |
| Department: Lynchburg Police Department | | Date of Birth: |
| Position Title: POIII | | |
| Home Address: | | Home Phone #: |
| | | Work Phone #: |

## INCIDENT INFORMATION

**Date of incident:** 12-20-2021   **Time Employee Shift Began:** 1800

**Years/Months of Service:** Years 4  months 0   **Time of Incident:** 2200

**Location of incident:** 2504 Old Forest Road

**What was the employee doing before the incident occurred? Describe the activity, tools and equipment in use, be specific.**
Running downhill chasing suspect through a wooded area

**What happened? Tell how the injury occurred.**
While running he tripped on a fallen tree and felt a pop and sharp pain in his left knee

**What was the injury or illness? Part of body affected and how.**
Pain in left knee

**What object or substance directly harmed the employee? Tool, equipment, vehicle, etc.**
Tree

**Personal Protective equipment in use?** ☒ Yes  ☐ No
**If yes, please describe.** Ballistic Vest and Eye protection

| | | |
|---|---|---|
| Report for reporting purpose only? | ☐ Yes | ☒ No |
| First Aid treatment? | ☒ Yes | ☐ No |
| Medical treatment? | ☒ Yes | ☐ No |
| Lost Time From Work/Restricted Duty | ☒ Yes | ☐ No |
| Employee hospitalized overnight? | ☐ Yes | ☒ No |

For injuries requiring medical attention, a provider from the City of Lynchburg Panel of Physician's must be seen for treatment of all work related injuries. Which provider did you use?
☐ Physician's Treatment Center  ☐ Health Works  ☒ Lynchburg General Emergency Room

Employee Signature _____  Date 12/20/21

Supervisor Signature _____  Date 12/20/21

Supervisor's Name (Print) _____  Contact # _____

City of Lynchburg — Department of Risk Management        ED-2017