# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**CONFIDENTIAL**

Lynchburg
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **12/20/2021** did unlawfully and feloniously in violation of Section **18.2-144.1**, Code of Virginia:

maliciously cause bodily injury to Canine Officer Knox owned, used, or trained by a law enforcement agency, [LPD] while such animal was performing lawful duties.

CASE NO.

ACCUSED:
**Wesley, Calvin Lee; Sr.**
LAST NAME, FIRST NAME, MIDDLE NAME

**816 Greenfield Dr Apt 54**
**Lynchburg, VA 24501**
ADDRESS/LOCATION

Hearing Date/Time

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN (MO. DAY YR.) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | [redacted] | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]
D.L.#                                    STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

**CLASS 5 FELONY**

[ ] EXECUTED by arresting the Accused named above on this day:
**12/22/21    1200**
DATE AND TIME OF SERVICE

**B ORROCK**, Arresting Officer

**196    LPD    114**
BADGE NO., AGENCY AND JURISDICTION

for ............................................ SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S. C.  170  LPD, Complainant.

**CCRE/Fingerprinting Required**

12/20/2021 11:24 PM
DATE AND TIME ISSUED

[signature] Patricia A. Parrish
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Patricia W. Parrish

Short Offense Description (not a legal definition):
**ANIMAL (LAW ENF): MAIN/KILL**

Offense Tracking Number:
**680GM2100016258**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **VAN-2957-F5**

**FELONY**

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

CITY 000554

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

☐ General District Court   ☐ Criminal   ☐ Traffic
☒ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **12/20/2021** did unlawfully in violation of Section **16.1-253.2**, Code of Virginia:

violate a provision of a Family Abuse Protective Order issued pursuant to §16.1-279.1

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Officer Bryant, C. C.  112  LPD**, Complainant.

Execution by summons ☐ permitted at officer's discretion.   ☒ not permitted.

**12/20/2021 11:17 PM**
DATE AND TIME ISSUED

☐ CLERK   ☒ MAGISTRATE   ☐ JUDGE
Patricia W. Parrish

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/21

---

CASE NO.: 

ACCUSED: **Wesley, Calvin Lee; Sr.**
LAST NAME, FIRST NAME, MIDDLE NAME

**816 Greenfield Dr Apt 54**
ADDRESS/LOCATION

**Lynchburg, VA 24501**

To be completed upon service as Summons
Mailing address ☐ Same as above

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN: 

DL#:                                  STATE

☐ Commercial Driver's License
☐ Commercial Motor Vehicle   ☐ Hazardous Materials

**CLASS  1  MISDEMEANOR**

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

**12/22/21   12:00**
DATE AND TIME OF SERVICE

**B ORROCK**
ARRESTING OFFICER

**196  LPD  114**
BADGE NO., AGENCY AND JURISDICTION

for _____ SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**
Offense Tracking Number:
**680JM2100016255**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**PRT-5007-M1**

CONFIDENTIAL
COPY
CITY 000555

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**CONFIDENTIAL**

Lynchburg
CITY OR COUNTY

☐ General District Court   ☐ Criminal   ☐ Traffic
☒ Juvenile and Domestic Relations District Court

CASE NO.:

ACCUSED: Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address ☐ Same as above

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **06/12/2021** did unlawfully in violation of Section
DATE

**16.1-253.2**, Code of Virginia:
violate a provision of a Family Abuse Protective Order issued pursuant to §16.1-278.14.

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]

DL#:        STATE

☐ Commercial Driver's License
☐ Commercial Motor Vehicle   ☐ Hazardous Material

**CLASS  1  MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Wesley, Shanna**, Complainant.

Execution by summons ☐ permitted at officer's discretion.   ☒ not permitted.

**06/14/2021 10:43 AM**
DATE AND TIME ISSUED

☐ CLERK   ☒ MAGISTRATE   ☐ JUDGE
Sharon K. Eimer

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

**12/22/21     12:00**
DATE AND TIME OF SERVICE

B. ORROLE, ARRESTING OFFICER
196  LPD  114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**
Offense Tracking Number:
**680JM2100007768**
FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**PRT-5007-M1**

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

STATE

CITY 000556

# WARRANT OF ARREST—MISDEMEANOR (STATE)

**COMMONWEALTH OF VIRGINIA**  Va. Code § 19.2-71, -72

CONFIDENTIAL

**Lynchburg**
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**CASE NO.** 

**ACCUSED:** Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

**816 Greenfield Dr Apt 54**
ADDRESS/LOCATION
**Lynchburg, VA 24501**

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **12/20/2021** did unlawfully in violation of Section
DATE

**18.2-460(E)**, Code of Virginia:
intentionally prevent a law-enforcement officer from lawfully arresting the accused.

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------------------|-------------|------|------|------|
| B | M | | 5' 09" | 190 | BRO | BLK |

SSN

DL#    STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

**CLASS  1  MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Officer Reed, S. C.  170  LPD**, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

**12/20/2021 11:19 PM**
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Patricia W. Parrish

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

**12/22/21   1200**
DATE AND TIME OF SERVICE

**B. ORROCK**, ARRESTING OFFICER
**196 LPD  11Y**
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF
Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**FLEEING FROM A LAW-ENFORCEMENT OFFICER**
Offense Tracking Number:
**680GM2100016257**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4831-M1**

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/21

STATE

CITY 000557