IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | )   Civil Action: 6:23cv00012 |
| CITY OF LYNCHBURG, *et al.* | ) ) ) |
|     Defendants. | ) |

## DECLARATION OF MATTHEW GILLESPIE

The undersigned, Matthew Gillespie, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Training Unit Coordinator for the Lynchburg Police Department ("LPD").

2. The Virginia Department of Criminal Justice Services ("DCJS") sets mandatory in-service training requirements to maintain certification, which includes 40 hours of in-service training every two years.

3. LPD officers must maintain their training to remain certified and work as law enforcement officers.

4. LPD officers complete their basic law enforcement training at either the Central Virginia Criminal Justice Academy or another DCJS-approved academy, which includes training on the use of force and proper application of force.

5. Recruits receive training on legal standards for use of force, firearms, and defensive tactics, among other use of force topics.

6. The defensive tactics course at a DCJS-approved Academy is fourteen (14) days and involves open hand and impact weapons training.

7. The LPD's in-service training requirements exceed the minimum requirements for in-service training set by DCJS.

8. For example, while state standards require firearms qualification annually, LPD officers qualify multiple times per year, in the spring and fall.

9. Each firearms session also includes a use of force training day, which involves force-on-force training and scenario-based training.

10. During these simulations, officers are trained in real time with simulated weapons as well as hands-on defensive tactics, with role players acting as adversarial suspects.

11. These trainings are meant to develop "good judgment under high stress."

12. To offset the use of force trainings in the spring and fall, the LPD also has training days in the winter and summer (amounting to quarterly training).

13. The vast majority of the winter and summer training events concern use of force.

14. Again, this is typically scenario-based instruction on different applications of force and determining the appropriate level of force to use under the circumstances, or whether to use any force.

15. These scenarios are meant to train on split-second judgment calls.

16. All LPD scenario-based use of force trainings incorporate de-escalation.

17. The LPD also has daily roll call for its patrol and criminal investigations units.

18. On a monthly basis, patrol and criminal investigations officers receive additional training during roll call.

19. This training typically involves reviewing legal updates geared towards law enforcement trends, and occasionally abbreviated use of force training.

20. Separately, the LPD conducts an annual officer training day, which is an 8-hour day traditionally devoted to reviewing legal updates and weapons training.

21. When there are LPD policy updates or new policies, officers are required to review and sign off on them.

22. Generally, this process also involves test questions to ensure officer comprehension.

23. I meet with my training unit staff regularly to develop in-service trainings.

24. The training chosen is driven towards having to meet particular standards, and for re-certifications for particular tools or weapons that the LPD uses.

25. Other training is based on the needs of the department at the time, trends in law enforcement, areas where the LPD has identified that officers may need additional training, et cetera.

26. The LPD provides remedial training when tasked by command staff.

27. If an officer requires remedial training based on a specific incident, it is tailored to that officer, to address the deficient area.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this _20_ day of December, 2023.

*Matthew Gillespie*

{00533283.DOCX 2}