Exhibit 16

Lieutenant Smith Interview of Officer Reed to be provided via USPS

{00534289.DOCX }