Exhibit 17

Sergeant Parrish Body Cam 12-20-2021 to be provided via USPS

{00534289.DOCX }