Exhibit 18

Sergeant Parrish video interview of Officer Reed to be provided via USPS