

# Guynn Waddell, P.C.
## - Attorneys at Law -

December 28, 2023

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 0 2 2024

LAURA A. AUSTIN, CLERK
BY: /s/ J. Clerk
DEPUTY CLERK

Hon. Laura A. Austin, Clerk
United States District Court
180 W. Main St. Room 104
Abingdon, VA 24210

   Re: *Calvin Wesley v City of Lynchburg, et al*
     USDC, Lynchburg, Case No. 6:23cv12

Dear Ms. Austin:

  In connection with Defendants' Memorandum in Support of Motion for Summary Judgment filed today (ECF No. 28), enclosed is a flash drive containing video recording exhibits, identified as follows:

    ECF No. 28-2 Exhibit 2 Reed Body Cam 1
    ECF No. 28-4 Exhibit 4 Smith Body Cam
    ECF No. 28-9 Exhibit 9 Reed Body Cam 2
    ECF No. 28-10 Exhibit 10 Rowland Body Cam
    ECF No. 28-16 Exhibit 16 Smith video interview
    ECF No. 28-17 Exhibit 17 Parrish Body Cam
    ECF No. 28-18 Exhibit 18 Parrish video interview

  By copy of this letter, Plaintiff's counsel is being furnished with a duplicate flash drive of these exhibits.

  Should you have any questions, please do not hesitate to call.

          Very truly yours,

          GUYNN WADDELL, P.C.

         *John R. Fitzgerald* /brc
         John R. Fitzgerald

Encs
JRF/brc

{00534314.DOCX }
415 S. College Avenue, Salem, Virginia 24153 | 540.387.2320 | www.guynnwaddell.com