# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | | |
|---|---|---|
| **CALVIN WESLEY,** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | Case No: 6:23cv00012 |
| | ) | |
| **CITY OF LYNCHBURG,** *et al.* | ) | JOINT STIPULATION OF |
| *Defendants*. | ) | DISMISSAL PURSUANT TO RULE 41 |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), Plaintiff, Calvin Wesley and all Defendants hereby stipulate that each and every count, and claim asserted therein is to be dismissed in its entirety without prejudice, with the parties to bear their own costs, expenses, and attorneys' fees.  All Discovery requests disclosed in this action will be adopted in the event of refilling of this action.

                                                             Respectfully Submitted,

                                                             Calvin Wesley
                                                            By counsel

/s/ M. Paul Valois
M. Paul Valois, Esq. (VSB No. 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, Virginia 24502
Telephone:  (434) 845-4529
Facsimile:   (434) 845-8536
mvalois@vbclegal.com
*Counsel for Plaintiff*

and

/s/ Steven D. McFadgen, Sr.
Steven D. McFadgen Sr., Esq. (VSB No. 83273)
McFadgen Law, PLC
3831 Old Forest Road, Suite 6
Lynchburg, Virginia 24501
Telephone:     (434) 385-4579
Facsimile:     (434) 900-2008
muchmorelaw@gmail.com
*Counsel for Plaintiff*


 /s/ Jim H. Guynn Jr.
Jim H. Guynn, Jr. (VSB #22299)
Matthew J. Schmitt (VSB #96513)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Telephone:  (540) 387-2320
Facsimile:   (540) 389-2350
jimg@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 3rd day of January, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Jim H. Guynn, Jr. (VSB #22299)
Matthew J. Schmitt (VSB #96513)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Telephone:  540-387-2320
Facsimile:   540-389-2350
jimg@guynnwaddell.com
*Counsel for Defendants*

                                        /s/ M. Paul Valois
                                        M. Paul Valois, Esq. (VSB No. 72326)
                                        James River Legal Associates
                                        7601 Timberlake Road
                                        Lynchburg, Virginia 24502
                                        Telephone:  (434) 845-4529
                                        Facsimile:  (434) 845-8536
                                        mvalois@vbclegal.com
                                        *Counsel for Plaintiff*

                                        and

                                        /s/ Steven D. McFadgen, Sr.
                                        Steven D. McFadgen Sr., Esq. (VSB No. 83273)
                                        McFadgen Law, PLC
                                        3831 Old Forest Road, Suite 6
                                        Lynchburg, Virginia 24501
                                        Telephone:     (434) 385-4579
                                        Facsimile:       (888) 873-1048
                                        muchmorelaw@gmail.com
                                        *Counsel for Plaintiff*