# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| **CALVIN WESLEY,** *Plaintiff* | ) ) ) |
| v. | ) )  **CASE No: 6:23cv00012** |
| **CITY OF LYNCHBURG,** *et al*. *Defendants*. | ) ) ) |

## **PROPOSED ORDER**

Upon consideration of parties' Joint Stipulation of Dismissal without prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), it is

**HEREBY ORDERED** that the Joint Stipulation of Dismissal without prejudice is **GRANTED**.  All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED**

**Dated**:  January _____, 2024

_____
**Judge**