CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/4/2024

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **CALVIN WESLEY,** *Plaintiff* | ) ) ) |
| v. | ) )   CASE No: 6:23cv00012 |
| **CITY OF LYNCHBURG,** *et al.* *Defendants.* | ) ) ) ) |

ORDER

Upon consideration of parties' Joint Stipulation of Dismissal without prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), it is

**HEREBY ORDERED** that the Joint Stipulation of Dismissal without prejudice is **GRANTED**. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED**

Dated: January  4th , 2024

_____
**Judge**